# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| FREDDIE G. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-1089 |
| | ) | Judge Trauger |
| UNIPRES U.S.A., INC., | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The Order denying as moot the defendant's Motion to Dismiss (Docket No. 12) is hereby **VACATED**. The Motion to Dismiss (Docket No. 5) will be considered as addressed to the Second Amended Complaint (Docket No. 11), filed without leave of court but allowed to be filed, as discussed at the initial case management conference on December 19, 2012. The plaintiff has already responded to this motion (Docket No. 10), and the defendant may file a reply by January 4, 2013.

It is so **ORDERED**.

ENTER this 20th day of December 2012.

                                                                                                ALETA A. TRAUGER
                                                                                                U.S. District Judge