IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FREDDIE G. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:12-1089 |
| ) | Judge Trauger |
| UNIPRES U.S.A., INC., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Given the concessions in the defendant's Supplemental Memorandum (Docket No. 19), it is hereby **ORDERED** that the defendant's Motion to Dismiss (Docket No. 5) is **DENIED WITHOUT PREJUDICE**. The defendant shall respond to the Second Amended Complaint (Docket No. 11) by January 25, 2013.

It is so **ORDERED**.

ENTER this 8th day of January 2013.

_____
ALETA A. TRAUGER
U.S. District Judge