Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **FREDDIE G. JONES,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:12-CV-01089 |
| | ) | |
| v. | ) | JUDGE TRAUGER |
| | ) | MAGISTRATE JUDGE BRYANT |
| **UNIPRES U.S.A., INC.,** | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |
| | ) | |

### MOTION OF DEFENDANT UNIPRES, U.S.A., INC., FOR PERMISSION TO FILE SUPPLEMENTAL MEMORANDUM

Defendant Unipres U.S.A., Inc., ("Unipres") respectfully requests permission to file its supplemental memorandum (Docket No. 19) regarding its Motion to Dismiss (Docket No. 5) today, instead of January 4, 2013, as provided in this Court's Order of December 20, 2012, (Docket No. 17). Counsel for Unipres simply requests the Court's grace for the one business day extension of time. Moreover, since Defendant's Supplemental Memorandum concludes that Plaintiff's amended pleading relates back to the date the original complaint was filed under its reading of relevant authority, the one-business-day delay in filing is not material. Further, Plaintiff is not prejudiced by this one-business-day extension.

Respectfully submitted,

/s/ M. Clark Spoden
M. Clark Spoden
James B. Johnson
STITES & HARBISON, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
615-782-2343

*Attorneys for Defendant Unipres U.S.A., Inc.*