UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FREDDIE JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:12-cv-1089 |
| v. ) | Judge Aleta A. Trauger |
| ) | |
| UNIPRES, U.S.A., INC. ) | |
| ) | |
| Defendant., ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Docket No. 25) is **GRANTED**. All claims by the plaintiff are hereby **DISMISSED WITH PREJUDICE**. Entry of this order constitutes judgment in the case.

It is so **ORDERED**.

Enter this 28th day of October 2013.

_____
ALETA A. TRAUGER
United States District Judge

1